IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01582-RPM-BNB

BETH LEIBO,

Plaintiff,

v.

POLAR ELECTRO, INC., a New York corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Unopposed Motion to Amend Answer to Add Separate Defense** [docket no. 16, filed September 28, 2009] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing Defendant's Amended Answer, the attachment to docket no. 16.


DATED:  September 29, 2009