IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01582-RPM-BNB

BETH LEIBO,

Plaintiff,

v.

POLAR ELECTRO, INC., a New York corporation,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before October 23, 2009, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 9, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge