IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01582-RPM-BNB

BETH LEIBO,

    Plaintiff,

v.

POLAR ELECTRO, INC.,

    Defendant.
_____

### ORDER OF DISMISSAL
_____

Pursuant to the Joint Stipulation for Dismissal with Prejudice, it is

ORDERED that all claims between the parties are dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED: October 23rd, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge